# IN THE UNITED STATES BANKRUPTCY COURT
# FOR DISTRICT OF DELAWARE

IN RE: | CHAPTER 7
**SA TELECOMMUNICATIONS, INC.**

Debtor(s) | CASE NO. **97-02395-PJW**

## APPLICATION TO PAY COMBINED UNCLAIMED CHECK INTO THE COURT

MONTAGUE S. CLAYBROOK, TRUSTEE, Chapter 7 Trustee, respectfully represents as follows:

1. The Debtor's Chapter 11 case was filed on November 19, 1997.

2. The Chapter 11 Case was converted to a case under Chapter 7 of the Bankruptcy Code on August 10, 2000.

3. I was appointed Chapter 7 Bankruptcy Trustee on August 11, 2000.

4. The following Creditor's disbursement was made and returned as undeliverable. The Trustee forwarded same to better addresses and said disbursements were neither negotiated nor returned. The Trustee has exhausted every method of locating said creditor and has been unsuccessful in locating a successor to these allowed funds:

| Check # | Creditor | POC # | Check Amount |
|---|---|---|---|
| 114 | UNITED STATES TRUST COMPANY OF NEW YORK | Substantial Contribution Claim | 851.33 |
| 122 | SIEMANS INFORMATION & COMMUNICATION<br>400 RINEHART RD.<br>LAKE MARY, FL 32746 | 469 | 1,564.98 |
|  |  | $ | 2,416.31 |

5. Such a Balance represents returned funds for which the Trustee requests permission to pay into the Court.

WHEREFORE, MONTAGUE S. CLAYBROOK, TRUSTEE, Chapter 7 Trustee, respectfully requests that the Court permit the Estate's funds of ($2,416.31), be paid to the Clerk for deposit to the Treasury.

Dated:  August 15, 2007 */s/ MONTAGUE S. CLAYBROOK, TRUSTEE*
MONTAGUE S. CLAYBROOK, TRUSTEE,
Chapter 7 Trustee
913 NORTH MARKET STREET, SUITE 900
WILMINGTON, DE  19801
(302) 661-1804